# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:17-cr-189-DPM

CURTIS WHITE            DEFENDANT

## ORDER

**1.** White moves to reduce his thirty-month sentence to time served based on the threat COVID-19 presents to his health if he remains in prison. *Doc. 41*; 18 U.S.C. § 3582(c)(1)(A)(i). He's a black man in his mid-forties who has diabetes and high blood pressure; and he is housed at FCI Forrest City, which has had many cases of the virus. The United States opposes the motion.

**2.** This first and dispositive issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). White made a compassionate release request to the Warden of FCI Forrest City, who denied it. *Doc. 41-1*. But there's no indication that White has exhausted his administrative rights to appeal. 28 C.F.R. §§ 571.63(a)–(d) & 542.15.

This Court has concluded that when a warden timely denies a compassionate release request, the inmate must fully exhaust his administrative remedies before filing a motion in the district court. *United States v. Cox*, Doc. 197 in E.D. Ark. No. 4:98-cr-73-DPM (8 September 2020). Further, this exhaustion requirement is

jurisdictional and can't be waived. *Ibid.* White's motion, *Doc. 41*, is therefore denied without prejudice for lack of jurisdiction.

    **3.** The Court directs White's lawyer to send him a copy of the Court's *Cox* opinion with this Order.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2020